# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Andrew S. Lerer | Debtor(s) | CHAPTER 7 |
| Bayview Loan Servicing, LLC    vs. | Movant | NO. 18-17024 JKF |
| Andrew S. Lerer | Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz | Trustee | |

## ORDER

AND NOW, this 18th day of January, 2019, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 113 Meadow Lane, Philadelphia, PA 19154 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

United States Bankruptcy Judge.
Jean K. FitzSimon

Andrew S. Lerer
113 Meadow Lane
Philadelphia, PA 19154

Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Gary F. Seitz
Gellert Scali Busenkell & Brown LLC, 8 Penn Center
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532