United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                               Case No. 18-17024-jkf
Andrew S Lerer                                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1                 Date Rcvd: Jan 18, 2019
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
db              +Andrew S Lerer,    113 Meadow Lane,    Philadelphia, PA 19154-4307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14217317         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 19 2019 02:48:09
                  Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
      GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
      KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
      PAUL H. YOUNG    on behalf of Debtor Andrew S Lerer support@ymalaw.com, ykaecf@gmail.com,
       paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Andrew S. Lerer | Debtor(s) | CHAPTER 7 |
| Bayview Loan Servicing, LLC vs. | Movant | NO. 18-17024 JKF |
| Andrew S. Lerer | Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz | Trustee | |

## ORDER

AND NOW, this 18th day of January, 2019, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 113 Meadow Lane, Philadelphia, PA 19154 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_Jean K. FitzSimon_

United States Bankruptcy Judge.
Jean K. FitzSimon

Andrew S. Lerer
113 Meadow Lane
Philadelphia, PA 19154

Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Gary F. Seitz
Gellert Scali Busenkell & Brown LLC, 8 Penn Center
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532