Certificate Number: 03621-PAE-DE-032169129

Bankruptcy Case Number: 18-17024



03621-PAE-DE-032169129

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 16, 2019</u>, at <u>8:27</u> o'clock <u>PM EST</u>, <u>Andrew S Lerer</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 16, 2019</u>            By:    <u>/s/Daniela Gonzalez</u>

Name:  <u>Daniela Gonzalez</u>

Title:  <u>Credit Counselor</u>